# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHARLOTTE CARMACK, <br> TERESA MILLER <br> AND JOVAN ANIAGUE, <br>     Plaintiffs, <br><br> vs. <br><br> PARK CITIES HEALTHCARE, LLC and <br> SHARON D. QUICK, <br><br>     Defendants. | § § § § § § § § § § § § Civil Action No. 3:16-CV-3500-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Plaintiffs' motion for turnover relief, filed April 12, 2019 (doc. 83), is granted as to defendant Sharon D. Quick, and she is ordered to turnover the following property to plaintiffs: (1) current rent from the property within 14 days of the date of this order; and (2) future rent of property, up to the amount of plaintiffs' judgment plus accrued interest. The motion is denied as to Park Cities, LLC, and the third parties.

Defendants' motion to dismiss plaintiffs' motion for turnover relief, filed May 5, 2019 (doc. 86), is granted as to Park Cities, LLC, and plaintiffs' motion for turnover relief against Park Cities,

LLC is denied for failure to state a claim upon which relief may be granted.

**SO ORDERED**.

December 16, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE